# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO.: 4:06-CR-067-SPM**

**JAIME AMBRIS-SEBASTIAN,**

        **Defendant.**

_____/

## ORDER SETTING EXPEDITED SENTENCING HEARING

Pending before the Court is Defendant's "Unopposed Motion to Expedite Sentencing and Waive Pre-Sentence Investigation and Report" (doc. 29) filed November 6, 2006.  Defendant entered a guilty plea on November 7, 2006 and is currently in custody awaiting sentencing.  In his motion, Defendant explains that he has no criminal history and that his guideline range is 0-6 months.  He requests that he be sentenced prior to the Court's receipt of the presentence investigation report.

A presentence investigation report would be helpful to the Court in exercising its sentencing authority under Title 18, United States Code, Section 3553.  The Court, therefore, will review a presentence investigation report before imposing sentence.  To reduce the possibility of Defendant remaining in custody for an unnecessary period of time, however, the Court will expedite Defendant's

sentencing hearing.  Doing so will require Defendant to waive the minimum notice and time for objections under Federal Rule of Criminal Procedure 32(e).  If upon receipt of the presentence investigation report Defendant finds that he needs additional time to review the report and make objections, he may file a motion to continue the sentencing hearing.

Based on the foregoing, it is

**ORDERED AND ADJUDGED:**

1.      The Unopposed Motion to Expedite Sentencing and Waive Pre-Sentence Investigation and Report (doc. 29) is *granted* as to the request to expedite sentencing and *denied* as to the request to be sentenced prior to receipt of the presentence investigation report.

2.      The probation office shall prepare a presentence investigation report and provide a copy to the parties on or before **December 11, 2006.**

3.      Defendant's sentencing hearing is set for ***1:30 p.m.*** on ***December 18, 2006***.  If Defendant needs additional time to review the report or make objections, Defendant may file a motion to continue the sentencing hearing.

**DONE AND ORDERED** this <u>thirteenth</u> day of November, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge