IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:06cr67-SPM

JAIME AMBRIS-SEBASTIAN,
   a/k/a JAIME AMBRIS,

   Defendant.
_____/

## ORDER DENYING RELIEF ON RECONSIDERATION

This cause comes before the Court on Defendant Jaime Ambris-Sebastian's Motion for Reconsideration (doc. 37) and the Government's response (doc. 38).  The Court has reviewed the order suppressing evidence in case number 4:06cr65-RH/WCS.   The order does not warrant reconsideration of the denial of Defendant's motion to suppress in this case for the following reasons.

1. Even if there was no reasonable suspicion, Defendant was not subject to an investigatory detention.  During the course of a consensual encounter, Defendant presented a counterfeit alien registration card to an Immigration and Customs Enforcement Agent.

2. The Court does not credit as true Defendant's testimony that he

was directed by an officer to exit from a parked vehicle, searched, and immediately hand-cuffed.  Instead, the Court credits as true the testimony of ICE agents McCall and Gonzalez that they first encountered Defendant while he was standing near the taco stand without handcuffs, and that Defendant voluntarily presented the counterfeit alien registration card to Agent Gonzalez.

Based on the foregoing, it is

ORDERED AND ADJUDGED that the Motion for Reconsideration (doc. 37) be and hereby is denied.

DONE AND ORDERED this 15th day of December, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cr67-SPM